HARVEY P. SACKETT (72488)

**S A C K E T T**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
San Jose, California 95125-6011
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA FORD, | ) Case No. 2:18-cv-03153-DMC |
| Plaintiff, | ) |
| v. | ) |
| ANDREW M. SAUL, | ) STIPULATION AND ORDER |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until August 19, 2019, in which to e-file her Motion for Summary Judgment. Defendant shall file any opposition, including cross-motion, on or before September 18, 2019. This extension is necessitated due to Plaintiff's counsel's schedule of administrative hearing and district court briefs due (seventeen opening briefs and four reply briefs due). Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

///

///

Dated:   July 17, 2019          */s/HARVEY P. SACKETT*

1

STIPULATION AND ORDER

HARVEY P. SACKETT
Attorney for Plaintiff
SANDRA FORD

Dated: July 17, 2019

*/s/MARGARET BRANICK-ABILLA*
MARGARET BRANICK-ABILLA
Special Assistant U.S. Attorney
Social Security Administration

IT IS ORDERED.

Dated: July 19, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER