# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA M. FORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:18-CV-3153-DMC<br><br><br>ORDER |

   Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to the parties' stipulation, the time for plaintiff to file her motion for summary judgment is extended to September 16, 2019. Defendant's time to respond is extended to October 16, 2019.

   IT IS SO ORDERED.

Dated: August 23, 2019

               _____
               DENNIS M. COTA
               UNITED STATES MAGISTRATE JUDGE

1