HARVEY P. SACKETT (72488)

**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
San Jose, California 95125-6011
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA FORD, | Case No. 2:18-cv-03153-DMC |
| Plaintiff, | |
| v. | |
| ANDREW M. SAUL, | STIPULATION AND ORDER |
| Commissioner of Social Security, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a ten (10) day extension of time until September 26, 2019, in which to e-file her Motion for Summary Judgment. Defendant shall file any opposition, including cross-motion, on or before October 26, 2019. This third and final extension is necessitated due to Plaintiff's counsel's schedule of administrative hearing and district court briefs due (eleven briefs due) Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

///

///

///

1

STIPULATION AND ORDER

| | | |
|---|---|---|
| 1 | Dated: September 16, 2019 | /s/HARVEY P. SACKETT |
| 2 | | HARVEY P. SACKETT<br>Attorney for Plaintiff |
| 3 | | SANDRA FORD |
| 4 | | |
| 5 | Dated: September 16, 2019 | /s/MARGARET BRANICK-ABILLA<br>MARGARET BRANICK-ABILLA |
| 6 | | Special Assistant U.S. Attorney |
| 7 | | Social Security Administration<br>[***As authorized by 9/16/19 email] |

8  IT IS ORDERED.

10  Dated: September 20, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER