McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SANDRA M. FORD,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-03153-DMC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 13-day extension of time, from October 26, 2019 to November 8, 2019, for Defendant to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time. Defendant respectfully requests this extension because counsel requires additional time to complete her review of the substantial administrative record, to research and respond to the issues raised in Plaintiff's Motion, and to manage competing workload demands, including other district court briefs and

Ninth Circuit briefs due in October and November. This request is made in good faith with no intention to unduly delay the proceedings. Plaintiff does not oppose the requested extension.

Respectfully submitted,

Dated: October 21, 2019     SACKETT AND ASSOCIATES

By:*/s/ Harvey P. Sackett\**
    HARVEY P. SACKETT
    Attorneys for Plaintiff
    [*As authorized by email on Oct. 21, 2019]

Dated: October 22, 2019     McGREGOR W. SCOTT
    United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

By: */s/ Margaret Branick-Abilla*
    MARGARET BRANICK-ABILLA
    Special Assistant United States Attorney
    Attorneys for Defendant

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 22, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE